

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David Eugene Rivard, Appellant

No. 06-15-00011-CV          v.

The State of Texas, Appellee

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. Nos. 47,493; 47,676).  Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, David Eugene Rivard, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 24, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk